Emma Jennings, Appellee, v. Albert Douglas Jennings,
Appellant.

Term No. 49F16.

opinion filed April 25, 1949; rehearing denied
May 24, 1949; released for publication June 9, 1949. Lansden & Lansden,

for appellant; Dorothy Wilbourn, for appellee; W. E. Cummins, of counsel. Opinion by PRESIDING JUSTICE CULBERTSON. **Not to be published in full.**